THE PEOPLE OF THE STATE OF NEW YORK ex rel. BUFFALO AND FORT ERIE PUBLIC BRIDGE AUTHORITY, Respondent, against JACOB L. DAVIS et al., as Assessors of the City of Buffalo, Appellants.

Argued November 15, 1937; decided November 16, 1937.

*Selby G. Smith* for motion.

*Gregory U. Harmon, Corporation Counsel* (*Frank G. Raichle* and *Carlos C. Alden* of counsel), opposed.

Motion denied, without costs.

In the Matter of IRA FINK, Appellant, against JAMES E. FINEGAN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Submitted November 15, 1937; decided November 16, 1937.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 591.)